IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                ORDER

      Plaintiff,

                09-cr-73-c-01

  v.

FRITZ A. MURRAY,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   In light of the decision by the Court of Appeals for the Seventh Circuit in United States v. Skoien, No. 08-3770 (7th Cir. Nov. 18, 2009), the sentencing in this case is continued indefinitely. The government may have until December 15, 2009, in which to show cause why the indictment should not be dismissed. Defendant may have until January 5, 2010 in which to file a response; the government may have until January 19, 2010 in

1

which to file a reply.

Entered this \_\_\_24th\_\_\_ day of November, 2009.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge